# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Albert Leroy Green Jr.,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 3:23-cv-00668-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| **Ben Anderson,** | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 10, 2024 Order.

January 10, 2024

Katherine Hord Simon, Clerk
United States District Court