UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-cv-00668-MR

| | |
|---|---|
| ALBERT LEROY GREEN, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| BEN ANDERSON, Warden, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

**THIS MATTER** comes before the Court on the *pro se* Petitioner's "Request To Adjoin Appealability Prima Facie Facts State Lacks Jurisdiction" [Doc. 16], which the Court construes as a Motion for Reconsideration.

Albert Leroy Green, Jr. (the "Petitioner") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 in this Court on October 18, 2023. [Doc. 1]. The Court entered an Order on January 10, 2024, dismissing the petition as procedurally barred for failure to exhaust his available state remedies. [Doc. 8]. In that Order, the Court also declined to grant the Petitioner a certificate of appealability pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases. [Id.].

By the present motion, the Petitioner again moves this Court to vacate his sentence and prior felony convictions. [Doc. 16]. In doing so, the

Petitioner largely reiterates the arguments set forth in his § 2254 petition but cites additional legal authorities. [Id.]. As such, the Court construes this request as a Motion for Reconsideration as to the Court's previous dismissal of the Petitioner's § 2254 petition [Doc. 8].

The Court has already set forth its reasoning for the dismissal of the Petition for Writ of Habeas Corpus: namely, failure to exhaust state remedies. [Id.]. The Petitioner sets forth no new evidence or arguments on this issue to convince the Court that it should reconsider its prior Order; he instead makes substantive legal arguments as to the invalidity of his underlying state conviction.

**IT IS, THEREFORE, ORDERED** that the Petitioner's "Request To Adjoin Appealability Prima Facie Facts State Lacks Jurisdiction" [Doc. 16] is **DENIED**.

**IT IS SO ORDERED.**

Signed: April 29, 2024

Martin Reidinger
Chief United States District Judge